IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
    v.                        )        2:15cr338-MHT
                              )           (WO)
BILLY SHAUN KITCHENS          )
```

ORDER

Based on the representations made on the record during the status conference on April 12, 2021, it is ORDERED that the amended revocation petition (Doc. 54) is set for an <u>in-person</u> evidentiary hearing on April 22, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The government is to arrange for the presence of defendant Billy Shaun Kitchens.

DONE, this the 12th day of April, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE