IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:15cr338-MHT** |
| | ) | **(WO)** |
| **BILLY SHAUN KITCHENS** | ) | |

**MENTAL-HEALTH ORDER**

Based on the representations made on the record during the revocation hearing on April 22, 2021, in particular the probation officer's statement that she intends to arrange for defendant Billy Shaun Kitchens to reside in Oxford House, a sober home, and defense counsel's statement that he would have a thorough and complete mental-health evaluation performed on Kitchens, and given the fact that Kitchens has pending state charges and will be in state custody upon his release from federal custody, it is ORDERED that:

(1) By June 1, 2021, the United States Probation Office is to file with the court a report addressing the status of (a) the state charges, (b) the comprehensive mental-health report, and (c) defendant

Billy Shaun Kitchens's participation in Oxford House, (d) as well an overview of how he is doing in general.

(2) By July 12, 2021, the United States Probation Office is to file a report updating the court as to the status of all the previously-listed issues.

DONE, this the 23rd day of April, 2021.

                                       /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE