IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       3:15cr338-MHT
                            )            (WO)
BILLY SHAUN KITCHENS        )
```

ORDER

Based on the representations made in open court on October 28, 2021, including defendant Billy Shaun Kitchens's plea of guilty to charges 1, 3, and 5 of the amended revocation petition (Doc. 89), it is ORDERED that:

(1) Defendant Billy Shaun Kitchens is adjudged guilty of charges 1, 3, and 5 of the amended revocation petition (Doc. 89).

(2) The government's oral motion to dismiss charges 2 and 4 of the amended revocation petition is granted, and said charges are dismissed without prejudice.

(3) Sentencing as to charges 1, 3, and 5 of the amended revocation petition is continued generally.

   (4) Defense counsel is to file, before the end of next week, the forensic mental-health report by Dr. Jennifer Cox.

   (5) A status conference is set for November 8, 2021, at 9:00 a.m., to discuss what steps to take in light of the anticipated report by Dr. Cox.  The courtroom deputy is to arrange for the call to be conducted by telephone.

   It is further ORDERED that defendant Kitchens is to be immediately released from incarceration pending sentencing.

   DONE, this the 28th day of October, 2021.

                               /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**