IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr338-MHT |
| | ) | (WO) |
| **BILLY SHAUN KITCHENS** | ) | |

ORDER

Based on the representations made on the record on March 1, 2023, and by the agreement of all parties, including the Probation Department, it is ORDERED that defendant Billy Shaun Kitchens's supervised release is terminated and defendant Kitchens is discharged.

DONE, this the 1st day of March, 2023.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**